Alan W. Mortensen (6616)
Lance L. Milne (14879)
Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 S. Main Street, Floor 7
Salt Lake City, UT 84101
Tel.: (801) 521-4444
Email: amort@mortmilnelaw.com
       lmilne@mortmilnelaw.com
       ccheney@mortmilnelaw.com
*Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEAN JEFFRIES L. GOODRIDGE, Individually and as Personal Representative of the Estate of TAYLOR GOODRIDGE, Deceased,<br><br>  Plaintiff,<br><br>v.<br><br>DIAMOND RANCH ACADEMY, INC.; a corporation,<br><br>  Defendant. | **NOTICE OF CHANGE OF CONTACT INFORMATION**<br><br>Civil Action No. 4:22-CV-00102-DN |

Pursuant to DUCivR 83-1.3(e), attorneys Alan W. Mortensen, Lance L. Milne, and Christopher J. Cheney hereby gives notice of their change in contact information. Counsels' new contact information, including address, e-mail address, and telephone number, is as follows:

Alan W. Mortensen (6616)
Lance L. Milne (14879)
Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 S. Main Street, Floor 7

Salt Lake City, Utah 84101
(801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com

DATE: January 30, 2023.

**MORTENSEN & MILNE**

/s/ Alan W. Mortensen
Alan W. Mortensen
Lance L. Milne
Christopher J. Cheney
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2023, I caused a true and correct copy of the foregoing NOTICE OF CHANGE OF CONTACT INFORMATION to be filed with the Court electronically, and by email on all parties of record as follows:

    Heidi Goebel
    GOEBEL ANDERSON PC
    405 South Main Street, Suite 200
    Salt Lake City, UT 84111
    JGoebel@GAPClaw.com

                                                      /s/ Natalie Cottam