Heidi G. Goebel (10343)
Samantha E. Wilcox (15284)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT  84111
Telephone:  801.441.9393
HGoebel@gapclaw.com
SWilcox@gapclaw.com
*Attorneys for Diamond Ranch Academy, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEAN JEFFRIES L. GOODRIDGE, Individually and as Personal Representative of the Estate of TAYLOR GOODRIDGE, Deceased,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>DIAMOND RANCH ACADEMY, INC., and JOHN DOE I,<br><br>　　　　Defendants. | **NOTICE OF APPEARANCE OF COUNSEL**<br><br>Case No. 4:22-cv-000102-DN |

Notice is hereby given that Heidi G. Goebel of Goebel Anderson PC formally enters her appearance as counsel for Defendant Diamond Ranch Academy, Inc. in the above-entitled action. All further notices, pleadings, papers, and other materials relevant to this action should be directed to and served upon:

Heidi G. Goebel
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT  84111
HGoebel@gapclaw.com

DATED this 7th day of March, 2023.

                                          GOEBEL ANDERSON PC

                                          */s/ Heidi G. Goebel*
                                          Heidi G. Goebel
                                          Samantha E. Wilcox
                                          *Attorneys for Respondent,*
                                          *Diamond Ranch Academy, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of February, 2023, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE OF COUNSEL** to be served electronically upon the following:

Alan W. Mortensen
Lance L. Milne
Christopher J. Cheney
MORTENSEN & MILNE
68 S. Main Street, Suite 700
Salt Lake City, UT 84101
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com

                              */s/ Karen Harwood*