Heidi G. Goebel (10343)
Samantha E. Wilcox (15284)
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT  84111
Telephone:  801.441.9393
HGoebel@gapclaw.com
SWilcox@gapclaw.com
*Attorneys for Diamond Ranch Academy, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEAN JEFFRIES L. GOODRIDGE, Individually and as Personal Representative of the Estate of TAYLOR GOODRIDGE, Deceased,<br><br>    Plaintiff,<br><br>vs.<br><br>DIAMOND RANCH ACADEMY, INC., and JOHN DOE I,<br><br>    Defendants. | **ORDER GRANTING DRA'S MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**<br><br>Case No. 4:22-cv-000102-DN<br><br>Judge David Nuffer |

Having reviewed Defendant Diamond Ranch Academy, Inc.'s ("DRA") Motion for Leave to File Overlength Brief, which pertains to DRA's anticipated Motion to Dismiss, and for good cause appearing therefore, this Court GRANTS the subject Motion in entirety and hereby permits DRA to file a Motion to Dismiss that five pages longer than what is typically permitted and set forth in DUCivR 7-1(3)(A).

DATED this _____ day of March, 2023.

            BY THE COURT:

            _____
            Judge David Nuffer