# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DEAN JEFFRIES L. GOODRIDGE, Individually and as Personal Representative of the Estate of TAYLOR GOODRIDGE, Deceased,<br><br>Plaintiff,<br><br>vs.<br><br>DIAMOND RANCH ACADEMY, INC., and JOHN DOE I,<br><br>Defendants. | **ORDER GRANTING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF**<br><br>Case No. 4:22-cv-000102-DN-PK<br><br>District Judge David Nuffer<br>Magistrate Judge Paul Kohler |

Having reviewed Defendant Diamond Ranch Academy, Inc.'s ("DRA") Motion for Leave to File Overlength Brief,[1] and for good cause appearing, the Court GRANTS the Motion and permits DRA to file a Motion to Dismiss not to exceed 30 pages.

SO ORDERED this 9th day of March, 2023.

BY THE COURT:

_____
PAUL KOHLER
United States Magistrate Judge

---

[1] Docket No. 9, filed March 7, 2023.