Alan W. Mortensen (6616)
Lance L. Milne (14879)
Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 South Main, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com
*Attorneys for Plaintiff*

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, SOUTHERN DIVISION

| | |
|---|---|
| DEAN JEFFRIES L. GOODRIDGE, Individually and as Personal Representative of the Estate of TAYLOR GOODRIDGE, Deceased,<br><br>        Plaintiff,<br><br>v.<br><br>DIAMOND RANCH ACADEMY, INC.; a corporation, JOHN DOE I<br><br>        Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br>**(Lance L. Milne)**<br><br><br>Case No. 4:22-cv-000102-DN |

PLEASE TAKE NOTICE that Lance L. Milne of MORTENSEN & MILNE hereby

enters his appearance as counsel for Plaintiff Dean Jeffries L. Goodridge, Individually and as

Personal Representative of the Estate of Taylor Goodridge, Deceased.

Dated this 13th day of March 2023.

MORTENSEN & MILNE


*/s/ Lance L. Milne*

Alan W. Mortensen
Lance L. Milne
Christopher J. Cheney
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the <u>13th</u> day of March 2023, I caused to be served via Greenfiling

a true and correct copy of NOTICE OF APPEARANCE OF COUNSEL (Lance L. Milne) to the

following:

Heidi Goebel
Samantha E. Wilcox
GOEBEL ANDERSON PC
405 South Main Street, Suite 200
Salt Lake City, UT 84111
HGoebel@gapclaw.com
SWilcox@gapclaw.com


*/s/ Natalie Cottam*