Alan W. Mortensen (6616)
Lance L. Milne (14879)
Christopher J. Cheney (15572)
MORTENSEN & MILNE
68 South Main, Suite 700
Salt Lake City, Utah 84101
Telephone: (801) 521-4444
amort@mortmilnelaw.com
lmilne@mortmilnelaw.com
ccheney@mortmilnelaw.com
*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, SOUTHERN DIVISION**

| | |
|---|---|
| DEAN JEFFRIES L. GOODRIDGE, Individually and as Personal Representative of the Estate of TAYLOR GOODRIDGE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RANCH ACADEMY, INC.; a corporation, JOHN DOE I<br><br>Defendant. | **NOTICE OF APPEARANCE OF COUNSEL**<br>**(Christopher J. Cheney)**<br><br>Case No. 4:22-cv-000102-DN |

PLEASE TAKE NOTICE that Christopher J. Cheney of MORTENSEN & MILNE hereby enters his appearance as counsel for Plaintiff Dean Jeffries L. Goodridge, Individually and as Personal Representative of the Estate of Taylor Goodridge, Deceased.

Dated this 13th day of March 2023.

MORTENSEN & MILNE

/s/ Christopher J. Cheney

        Alan W. Mortensen
        Lance L. Milne
        Christopher J. Cheney
        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of March 2023, I caused to be served via Greenfiling a true and correct copy of NOTICE OF APPEARANCE OF COUNSEL (Christopher J. Cheney) to the following:

    Heidi Goebel
    Samantha E. Wilcox
    GOEBEL ANDERSON PC
    405 South Main Street, Suite 200
    Salt Lake City, UT 84111
    HGoebel@gapclaw.com
    SWilcox@gapclaw.com

                                                        */s/ Natalie Cottam*