THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| DEAN JEFFRIES L. GOODRIDGE, Individually and as Personal Representative of the Estate of TAYLOR GOODRIDGE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>DIAMOND RANCH ACADEMY, INC.; a corporation, JOHN DOE I,<br><br>Defendant. | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME**<br><br>Case No. 4:22-cv-000102-DN<br><br>District Judge David Nuffer |

This matter is before the Court on the parties' Stipulated Motion to Extend Time, filed April 6, 2023. Having considered the Stipulated Motion, and for good cause appearing,

It is hereby ORDERED that the Motion is GRANTED. Plaintiffs shall have up to and including April 21, 2023 by which to file their memorandum opposing Defendant Diamond Ranch Academy, Inc.'s Rule 12(b) Motion to Dismiss. Diamond Ranch Academy shall have an additional one-week extension of time by which to file its reply in support of its Motion.

Signed April 7, 2023.

BY THE COURT

_____
David Nuffer
United States District Judge