# Exhibit I

From: Alan Mortensen
To: Natalie Cottam
Subject: Please save in Rachel Goodrich in Goodridge
Date: Saturday, March 25, 2023 9:46:39 PM

